**FILED**

**U.S. Department of Justice**
United States Attorney

December 13, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

~~Deputy~~

# United States District Court
# Western District of Texas

UNITED STATES OF AMERICA )
)
v )
)
**BRADLEE TAYLOR GRINDE (3)**

**Case No: SA:23-CR-00636-JKP(3)**

## ORDER FOR BENCH WARRANT

It appearing to the Court than an Indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, returnable instanter to the San Antonio Division of this Court.

### Defendant

**BRADLEE TAYLOR GRINDE (3)**

ENTERED at San Antonio, Texas, this 13th day of December, 2023.

_____

UNITED STATES MAGISTRATE JUDGE

If the Defendant is arrested outside the Western District of Texas, the United States Attorney for the Western District of Texas recommends that Defendant **BRADLEE TAYLOR GRINDE (3)** be detained without bond after a hearing.